JS-6

| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
|   | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
|   | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
|   | Senior Trial Attorney, Civil Division |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |
|   |     Social Security Administration |
| 8 |     160 Spear Street, Suite 800 |
| 9 |     San Francisco, CA 94105 |
| 10 |    Telephone: (510) 970-4861 |
|   |     Facsimile: (415) 744-0134 |
| 11 |    Email: Jennifer.Tarn@ssa.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SIOBHAN DEEANN SALVATORE, | ) | |
|         Plaintiff, | ) | Case No.: 8:22-cv-00749-ADS |
|  | ) | |
|     vs. | ) | **JUDGMENT** |
|  | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
|  | ) | |
|         Defendant. | ) | |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 11/8/2022            /s/ Autumn D. Spaeth
                            HONORABLE JUDGE AUTUMN D. SPAETH
                            UNITED STATES MAGISTRATE JUDGE